FILED

02/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0581

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. 22-0581

| | |
|---|---|
| HEATHER REMITZ nka CARISCH,<br><br>                    Petitioner/Appellee,<br><br>-vs-<br><br>RICK REMITZ,<br><br>                    Respondent/Appellant. | **ORDER GRANTING EXTENSION** |

THIS MATTER came before the Court upon the Motion for Extension filed herein by Appellant. Finding that Appellant has not previously requested an extension to file a brief, pursuant to M. R. App. P. 26(1) (2021) the Court may grant a 30 day extension.

Appellant's brief shall be filed on or before March 31, 2023.

DATED AND SIGNED ELECTRONICALLY BELOW.

c:    Christopher J. Gillette
      Penni L. Chisholm

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 24 2023